**E-filed 5/7/07**

1  Douglas R. Young (State Bar No. 073248)
   C. Brandon Wisoff (State Bar No. 121930)
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480
   dyoung@fbm.com
5  bwisoff@fbm.com

6  Attorneys for Defendant
   BERNARD J. COUILLAUD

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | J. DAVIS BARTHOLOMEW,              | Case No. C07 01264 CRB
   | Derivatively on Behalf of COHERENT, |
13 | INC.,                              | **SUBSTITUTION OF ATTORNEYS**
   |                                    |
14 |              Plaintiffs,           |
   |                                    |
15 |      vs.                           |
   |                                    |
16 | JOHN R. AMBROSEO, BERNARD J.       |
   | COUILLAUD, HELENE SIMONET,         |
17 | LUIS SPINELLI, VITTORIO FOSSATI-   |
   | BELLANI, RONALD A. VICTOR, PAUL    |
18 | L. MEISSNER, SCOTT H. MILLER,      |
   | DENNIS C. BUCEK, CHARLES W.        |
19 | CANTONI, SANDEEP VU, JOHN H.       |
   | HART, LAWRENCE TOMLINSON,          |
20 | ROBERT J. QUILLINAN and GARRY W.   |
   | ROGERSON,                          |
21 |                                    |
   |              Defendants.           |
22 |                                    |
   |      - and -                       |
23 |                                    |
   | COHERENT, INC., a Delaware         |
24 | corporation,                       |
   |                                    |
25 |              Nominal Defendant.    |

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Substitution of Attorneys
Court Case No. C07 01264 CRB

21783\1242381.1

**TO ALL COUNSEL / PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that defendant Bernard J. Couillaud hereby substitutes the law firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94014, in the place and stead of the law firm of Wilson, Sonsini, Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California, as his counsel of record in the above-captioned proceedings. All further pleadings, correspondence and communications should be directed to Farella Braun + Martel LLP, attention: C. Brandon Wisoff, Esq.

THIS SUBSTITUTION IS HEREBY ACKNOWLEDGED AND AGREED TO:

DATED: May 2, 2007                    WILSON, SONSINI, GOODRICH & ROSATI

By: ___s/Diane Walters___
        Diane Walters

CONSENT TO THIS IS HEREBY GIVEN:

DATED: May 2, 2007

By: ___s/Bernard J. Couillaud___
        Bernard J. Couillaud

THIS SUBSTITUTION IS HEREBY ACCEPTED:

DATED: May 3, 2007                    FARELLA BRAUN + MARTEL LLP

By: ___s/Douglas R. Young___
        Douglas R. Young

## ORDER

Defendant Bernard J. Couillaud's application for Substitution Of Attorneys is hereby GRANTED.

DATED: May 7, 2007

Honorable Jeremy Fogel

Substitution of Attorneys
Court Case No. C07 01264 CRB                - 2 -                                21783\1242381.1