1
2
3            UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                  SAN JOSE DIVISION
6
7  IN RE COHERENT, INC. SHAREHOLDER          Case No.  CV-07-955-JF
     DERIVATIVE LITIGATION,
8                                            ORDER ADMINISTRATIVELY
                                             CLOSING CONSOLIDATED ACTIONS
9
10
11
12        On May 29, 2007 the above entitled matter was consolidated with case numbers CV-07-1264-JF
13  and CV-07-1265-JF.  At that time, the Court deemed case number CV-07-955-JF the lead case.  In light
14  of the consolidation,  the clerk shall administratively close the following cases:  CV-07-1264-JF and
15  CV-07-1265-JF.
16
17
18
19
20   IT IS SO ORDERED.
21
22   Dated: September 30, 2008
                                          _____
23                                         JEREMY FOGEL
                                           United States District Judge
24
25
26
27
28